UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K. MANPREET CHAHAL,<br><br>                Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>                Defendants. | CASE NO. C18-0312-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order regarding a briefing schedule (Dkt. No. 17). Based on the parties' stipulation, the Court will resolve this matter on cross motions for summary judgment, Therefore, the Court ORDERS as follows:

1. Plaintiff shall file a motion for summary judgment, which must not exceed twenty-four pages, no later than August 6, 2018 and note it on the motion calendar for November 9, 2018;

2. Defendants shall file their combined response and cross motion for summary judgment, which must not exceed twenty-four pages, no later than September 10, 2018, and note it on the motion calendar for November 9, 2018;

3. Plaintiffs shall file their combined response to Defendants' motion and reply to Plaintiffs' motion, which must not exceed twelve pages, no later than October 15, 2018;

4. Defendants shall file their reply, which must not exceed twelve pages, in support of their motion no later than November 9, 2018.

The status conference set on June 12, 2018 at 9:00 am is hereby VACATED in light of the parties' stipulation and the above briefing schedule.

DATED this 11th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
